# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   ROGERS JACKSON                §         Case No.: 11-30545
         RUBY JACKSON                  §
                                       §
         Debtor(s)                     §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/26/2011.

2) This case was confirmed on 11/14/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/21/2012.

6) Number of months from filing to the last payment: 7

7) Number of months case was pending: 11

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   1,750.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 5,040.56 |
| Less amount refunded to debtor | $ | 734.00 |
| **NET RECEIPTS** | $ | 4,306.56 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,681.32 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 228.24 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 1,909.56 |
| Attorney fees paid and disclosed by debtor | $ | 36.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING | UNSECURED | 236.00 | 265.90 | 265.90 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 468.00 | 499.16 | 499.16 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 4,717.00 | 4,671.22 | 4,671.22 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 1,186.00 | 1,264.42 | 1,264.42 | .00 | .00 |
| NATIONAL CAPITAL MGM | SECURED | 8,659.00 | 13,309.19 | 8,659.00 | 340.47 | 109.53 |
| TOYOTA MOTOR CREDIT | SECURED | 13,452.00 | 16,100.00 | 16,100.00 | 1,722.10 | 224.90 |
| US CELLULAR | UNSECURED | 2,206.00 | NA | NA | .00 | .00 |
| CINGULAR | UNSECURED | 1,917.00 | NA | NA | .00 | .00 |
| AFS AS SUCCESSOR TO | UNSECURED | 1,149.00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 521.00 | NA | NA | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 1,967.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 549.00 | 549.66 | 549.66 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 347.00 | 367.76 | 367.76 | .00 | .00 |
| CCS/FIRST NATIONAL B | UNSECURED | 351.00 | NA | NA | .00 | .00 |
| CHASE CC | UNSECURED | 307.00 | NA | NA | .00 | .00 |
| CHECK N GO | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 70.00 | 226.00 | 226.00 | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 777.00 | 885.82 | 885.82 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 733.00 | 333.43 | 333.43 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,689.00 | 1,689.17 | 1,689.17 | .00 | .00 |
| GREAT AMERICAN FINAN | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 8,617.00 | 6,168.51 | 6,168.51 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT COR | UNSECURED | 660.00 | 719.17 | 719.17 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 536.00 | 550.00 | 550.00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 85,145.00 | 87,107.99 | 101,333.32 | .00 | .00 |
| MIDAMERICA CARDIOVAS | UNSECURED | 942.00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 997.00 | 1,071.88 | 1,071.88 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,264.00 | 1,201.78 | 1,201.78 | .00 | .00 |
| ST JAMES HOSP | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 562.00 | 562.83 | 562.83 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,246.00 | 1,129.40 | 1,129.40 | .00 | .00 |
| GUARANTY BANK | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 78.00 | 77.79 | 77.79 | .00 | .00 |
| SALUTE/UTB | UNSECURED | 951.00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | UNSECURED | 401.00 | NA | NA | .00 | .00 |
| TIBURON FINANCIAL | UNSECURED | 595.00 | NA | NA | .00 | .00 |
| VIRTUOSO SOURCING | UNSECURED | 1,804.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 252.00 | NA | NA | .00 | .00 |
| TOYOTA MOTOR CREDIT | UNSECURED | NA | 4,556.37 | 4,556.37 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | NA | 14,225.33 | .00 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | NA | .00 | 4,650.19 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 381.79 | 381.79 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 24,759.00 | 2,062.57 | 334.43 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 24,759.00 | 2,062.57 | 334.43 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 133,155.57 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,909.56 |
| Disbursements to Creditors | $ | 2,397.00 |
| **TOTAL DISBURSEMENTS:** | $ | 4,306.56 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   07/03/2012                       /s/ Tom Vaughn
                                          Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**